**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**CENTRAL DIVISION**

**SHEILA JOHNSON** **PLAINTIFF**

**v.** **No. 4:24-CV-00966-LPR**

**COMMONSPIRIT HEALTH** **DEFENDANT**

# JUDGMENT

Consistent with the Order entered today, it is CONSIDERED, ORDERED, and ADJUDGED that judgment is entered in favor of Defendant CommonSpirit Health on all claims in this case.

IT IS SO ADJUDGED this 4th day of September 2026.

LEE P. RUDOFSKY
UNITED STATES DISTRICT JUDGE